UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,            CIVIL CASE NO. 09-13594
ex rel. KEITH JOHNSON,               HON. PATRICK J. DUGGAN

                   Plaintiffs,
vs.

MARK DOBRONSKI and
SUSAN DOBRONSKI,

                   Defendants.
_____/

**ORDER**

The United States having consented pursuant to 31 U.S.C. §3730(b)(1) to the relator's voluntary dismissal of this action, the Court rules as follows:

IT IS ORDERED that,

1. The action is hereby dismissed without prejudice as to the United States;

2. The complaint shall be unsealed; with all other contents of the Court's file prior to the Government's Notice to Decline Intervention shall remain under seal and not be made public.

IT IS SO ORDERED.

                         S/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated: March 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 9, 2010, by electronic and/or ordinary mail.
                 S/Marilyn Orem

Case Manager